UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN JOE CODDINGTON,<br><br>Petitioner,<br><br>v.<br><br>JOHN HENLEY, *et al.*,<br><br>Respondents. | Case No. 3:26-cv-00024-ART-CSD<br><br>ORDER |

In this habeas corpus action, the petitioner, Ryan Joe Coddington, who is represented by appointed counsel, was due to file an amended habeas petition by May 20, 2026. (*See* ECF No. 9.) On May 20, Coddington filed a motion for extension of time, requesting a 107-day extension, to September 4, 2026. (ECF No. 11.) Coddington's counsel states that the extension of time is necessary because of the time it is taking to gather, organize, and review the extensive state-court record, to meet with Coddington, to investigate the case, and to draft the amended petition. Counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension. The Court will grant the extension of time as requested. In granting this extension of time the Court does not comment upon, or affect in any manner, the operation of any statute of limitations applicable to this case.

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 11) is granted. Petitioner will have until and including September 4, 2026, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered February 19, 2026 (ECF No. 9) remains in effect.

DATED THIS 26th day of May 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2