UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN J. CODDINGTON,<br>Petitioner,<br>v.<br>JOHN HENLEY, *et al.*,<br>Respondents. | Case No. 3:26-cv-00024-ART-CSD<br>ORDER |

Petitioner Ryan J. Coddington moves for an extension to file replies in support of related motions. (ECF No. 19.) Respondents move for an extension of time to file their response to the second amended petition. (ECF No. 22.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 19) is granted *nunc pro tunc*.

It is further ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 22) is granted. Respondents have 60 days from the date of entry of an order addressing Petitioner's motion for leave to file a second amended petition.

DATED THIS 3rd day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE